WENDY M. KRINCEK, ESQ., Bar #6417
KAITLYN M. BURKE, ESQ., Bar #13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:        702.862.8811
e-mail:  wkrincek@littler.com
e-mail:  kmburke@littler.com

Attorneys for Defendants
UNIVERSAL HEALTH SERVICES, INC. d/b/a and a/k/a
SUMMERLIN HOSPITAL; SUMMERLIN HOSPITAL MEDICAL
CENTER, LLC d/b/a SUMMERLIN HOSPITAL; and VALLEY
HEALTH SYSTEM, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY MURRAY an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL HEALTH SERVICES, INC. d/b/a and a/k/a SUMMERLIN HOSPITAL; SUMMERLIN HOSPITAL MEDICAL CENTER, LLC d/b/a SUMMERLIN HOSPITAL; VALLEY HEALTH SYSTEM, LLC; DOES 1 through 10; and ROE Corporations 11 through 20, inclusive,<br><br>Defendants. | CASE NO.: 2:17-CV-00467<br><br>**STIPULATION AND ORDER TO SCHEDULE THE EARLY NEUTRAL EVALUATION SESSION** |

Plaintiff ASHLEY MURRAY ("Plaintiff") and Defendants UNIVERSAL HEALTH SERVICES, INC. d/b/a and a/k/a SUMMERLIN HOSPITAL, SUMMERLIN HOSPITAL MEDICAL CENTER, LLC d/b/a SUMMERLIN HOSPITAL, and VALLEY HEALTH SYSTEM, LLC ("Defendants"), by and through their respective counsel of record, hereby request that the Court schedule an Early Neutral Evaluation Session.  The Complaint is based on a sex/pregnancy discrimination claim under Title VII and is subject to the Early Neutral Evaluation ("ENE") process

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

set forth in Local Rule 16-6. The parties desire to engage in the ENE process at the earliest date convenient to the Court and the parties. Additionally, the parties agree to exchange initial disclosures prior to the ENE conference. Further, concurrently with this Stipulation, the parties have filed a Stipulation to extend time for Defendants to file a responsive pleading until after the ENE Session in order to conserve all possible resources for settlement. As a result, this request is made in good faith.

Dated: February 13, 2017.

Respectfully submitted,

/s/ Christian Gabroy
**GABROY LAW OFFICES**
CHRISTIAN GABROY, ESQ.
KAINE MESSER, ESQ.

Attorneys for Plaintiff
ASHLEY MURRAY

Dated: February 13, 2017.

Respectfully submitted,

/s/ Kaitlyn M. Burke
**LITTLER MENDELSON, P.C.**
WENDY MEDURA KRINCEK, ESQ.
KAITLYN M. BURKE, ESQ.

Attorneys for Defendants
UNIVERSAL HEALTH SERVICES, INC. d/b/a and a/k/a SUMMERLIN HOSPITAL; SUMMERLIN HOSPITAL MEDICAL CENTER, LLC d/b/a SUMMERLIN HOSPITAL; and VALLEY HEALTH SYSTEM, LLC

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 03/08/2017

Firmwide:145762466.1 069080.1106